

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00229-CR

IRVIN ALEXANDER FLORES, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from County Court at Law No. 2 of Galveston County.
(Tr. Ct. No. MD-0348748).

Appellant, Irvin Alexander Flores, has neither paid nor made arrangements to pay the fee for preparing the clerk's record. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed for want of prosecution.

It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered June 4, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Higley and Massengale.